IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JOHN BEARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | No.  05-3113 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Petitioner John Beard's request for a Certificate of Appealability, as noted in the Text Order entered May 31, 2006.  This Court may only issue a certificate of appealability if Beard makes a substantial showing of a violation of his constitutional rights. 28 U.S.C. 2253(c); Fed. R. App. P. 22(b).  To meet this standard, Beard must show that a reasonable jurist would find his constitutional claims that he wishes to raise on appeal to be debatable.  Miller-El v. Cockrell, 537 U.S. 322, 336 (2003).  Beard raised three issues in his Petition: (1) his counsel was ineffective, (2) his sentence was based on false testimony concerning the quantity of drugs for which he should be held accountable, and (3) his rights

1

to due process and trial by jury were violated because: (a) certain facts were not alleged in the Superseding Indictment, and (b) the Court determined his sentence based on a preponderance of the evidence presented at the sentencing hearing.  <u>28 U.S.C. § 2244 Motion; And Memorandum of Law (d/e 1)</u>, Exhibit 1, <u>Memorandum of Law in Support of Motion to Vacate, Set Aside or Correct Sentence Under 28 USC § 2255</u> at 1-2.  This Court denied relief on the first and third grounds, but granted an evidentiary hearing on the second ground.  <u>Opinion entered October 21, 2005 (d/e 8)</u>.  After the evidentiary hearing, the Court allowed partial relief on the second ground and ordered a new sentencing hearing.  <u>Minute Entry entered February 28, 2006</u>.  Beard now wishes to appeal the Court's rulings on all three issues raised.  A reasonable jurist would not find that any of this Court's rulings on the constitutional issues raised by Beard to be debatable.  The Court therefore denies his request for a certificate of appealability.

    THEREFORE, Petitioner Beard's request for a Certificate of Appealability is DENIED.

IT IS THEREFORE SO ORDERED.

ENTER:   June 9, 2006.

FOR THE COURT:

                                                   s/ Jeanne E. Scott
                                                   JEANNE E. SCOTT
                                       UNITED STATES DISTRICT JUDGE